In the Matter of MARKT & HAMMACHER COMPANY, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued May 27, 1940; decided June 14, 1940.

*Harry Levine* and *Henry G. Fritsche* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.